**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND KUEMMERLE, JR. | : | BK. No. 15-11514 ELF |
| **Debtors** | : | |
| | : | Chapter No. 13 |
| BANK OF AMERICA, N.A. | : | |
| **Movant** | : | |
| v. | : | |
| RAYMOND KUEMMERLE, JR. | : | |
| CATHERINE KUEMMERLE (NON-FILING CO-MORTGAGOR) | : | 11 U.S.C. §362 and §1301 |
| | : | |
| **Respondents** | : | |

## ORDER MODIFYING §362 and §1301 AUTOMATIC STAY

**AND NOW**, this 16th day of August, 2017, upon Motion of **BANK OF AMERICA, N.A.** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2420 BROOKDALE AVENUE, ROSLYN, PA 19001(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **BANK OF AMERICA, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**