United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11514-elf
Raymond Kuemmerle, Jr.                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW           Page 1 of 2           Date Rcvd: Aug 30, 2017
                       Form ID: pdf900           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
```
db            +Raymond Kuemmerle, Jr.,    2420 Brookdale Avenue,    Abington, PA 19001-3112
13484065      +Abington Medical Specialists,    1235 Old York Road,    Suite 222,    Abington, PA 19001-3874
13484066      +Abington Memorial Hospital,    2510 Maryland Rd,    Ste 200,    Willow Grove, PA 19090-1135
13484067      +Aqua Pennsylvania,    762 W. Lancaster Ave,    Bryn Mawr, PA 19010-3489
13484068      +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
13565949       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13558884      +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13484069      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13484070      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
13484071      +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
13484078     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Shell Card Center,    PO BOX 689151,    Des Moines, IA 50368-9151)
13484072      +Citi/Shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
13484073      +Comenity Bank/Vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
13501036      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13484075      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13484076      +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
13484083       Verizon,    PO BOX 660748,    Dallas, TX 75266-0748
13484084      +Verizon Wireless,    PO Box 4003,    Acworth, GA 30101-9004
13484085       Victoria Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13484082       toys r us,    Geoffrey Way,    Wayne, NJ 07470
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 31 2017 01:25:51     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2017 01:25:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2017 01:25:47     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565167       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 01:32:26
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13527137       E-mail/Text: bnc-quantum@quantum3group.com Aug 31 2017 01:25:31
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13484077       E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:18     Sams Club Gemb,    PO BOX 530942,
               Atlanta, GA 30353-0942
13484079      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:19     Syncb/Sams Club Dc,
               Po Box 965005,    Orlando, FL 32896-5005
13484080      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:19     Syncb/Toysrusdc,    Po Box 965005,
               Orlando, FL 32896-5005
13484081      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:13     Syncb/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
13484086       E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 01:32:13     Walmart,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13484074       Macy's,    911 Duke Blvd,    Mason, OH
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Aug 30, 2017
                              Form ID: pdf900             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          GEORGETTE   MILLER    on behalf of Debtor Raymond   Kuemmerle, Jr. info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAYMOND KUEMMERLE, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 15-11514-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____29th____ day of _____August_____, 201_7_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
RAYMOND KUEMMERLE, JR.

2420 BROOKDALE AVENUE

ABINGTON, PA 19001